UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
JUL -1 2020
JAMES W. McCORMACK, CLERK
By: _____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:17CR00293 BSM |
| | ) | |
| v. | ) | 18 U.S.C. § 371 |
| | ) | |
| DARLENE WALKER | ) | |

## SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

Beginning in or about 2014, and continuing through on or about September 3, 2019, in the Eastern District of Arkansas and elsewhere, the defendant,

DARLENE WALKER,

voluntarily and intentionally conspired and agreed with others known and unknown to the United States, to knowingly and intentionally distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1).

In furtherance of the conspiracy, and to accomplish its objects, DARLENE WALKER and others knowing and unknown to the United States committed the following overt acts, among others, in the Eastern District of Arkansas and elsewhere:

1. WALKER advised co-conspirators that packages containing methamphetamine were intercepted by law enforcement on or about October 6, 2016.

2. WALKER accepted proceeds from the sale of a five-pound package of methamphetamine in or about November 2016.

3. WALKER solicited co-conspirators for addresses to ship packages of methamphetamine.

4. WALKER and co-conspirators received and split methamphetamine received in a delivered package and paid the homeowner with a small quantity of methamphetamine for use of the address.

All in violation of Title 18, United States Code, Section 371.

CODY HILAND
United States Attorney

*/s/ Liza Jane Brown*

LIZA JANE BROWN
Bar No. 2004183
Assistant United States Attorney
P. O. Box 1229
Little Rock, Arkansas  72203
501-340-2600
Liza.Brown@usdoj.gov