IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                              CASE NO. 4:17-CR-00293-BSM-03

DARLENE WALKER                                                                          DEFENDANT

## ORDER

Darlene Walker's pro se motion to reduce her sentence [Doc. No. 2824] is denied because the retroactive application of Amendment 821 to the Federal Sentencing Guidelines does not change her sentence. Walker's sentence was based on the statutory maximum of 60 months, not the Guidelines. Additionally, her 60-month sentence is below her new guideline range of 87 to 108 months. *See* U.S.S.G. § 1.10(b)(2)(A).

Finally, Walker's plea agreement provides that she "waives the right to have these sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ." Doc. No. 1556. Because Walker knowingly and voluntarily entered into her plea agreement, including this waiver, she is not entitled to relief. *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582 (c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).

IT IS SO ORDERED this 21st day of December, 2023.

UNITED STATES DISTRICT JUDGE